No. 44587.—Protest 976478–G/88327 of G. W. Sheldon & Co. (Chicago).

Opinion by DALLINGER, J.   The protest was sustained in accordance with stipulation of counsel.

No. 44588.—Protest 26663–K of Gustav Vogelbacher (New York).

Opinion by DALLINGER, J.   It was stipulated that the alcohol lamp heaters in question are plated with silver and are chiefly used in the household or home. The claim at 50 percent under paragraph 339 was therefore sustained.

No. 44589.—Protest 26095–K of Watrous & Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of hair hygrometers the same as those the subject of *Selsi* v. *United States* (2 Cust. Ct. 371, C. D. 160).   The claim at 27½ percent under paragraph 372 was therefore sustained.

No. 44590.—Protest 21489–K of Ignaz Strauss & Co., Inc. (New York).

Opinion by DALLINGER, J.   In accordance with the report of the analyst that the cellophane strips in the merchandise have a thickness of 0.0009 inch, the protest was overruled.

No. 44591.—Protests 708789–G, etc., of Lee & Schiffer, Inc., et al. (New York).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, OCTOBER 17, 1940

No. 44592.—Protests 913771–G, etc., of Robbins, Inc., et al. (Duluth, etc.).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 44593.—Protests 985786–G, etc., of T. H. Lung Co., et al. (Boston, etc.).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.